## ATTAWAY *et al. vs.* NESBIT.

The finding of the judge, presiding in this case, by consent, without a jury, was supported by the evidence.

CRAWFORD, Justice.

## McCOLLUM *vs.* RUCKER; SPENCER *vs.* PRINTUP, BROTHER & POLLARD; WILDER & McGINTY *vs.* SANFORD.

The verdict in each of these cases is not contrary to law or evidence.